IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR229 |
| v. | |
| KRISTIE TREJO, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Kristie Trejo's ("Trejo") letter that the Court construes as a motion for reconsideration of the Court's Order filed July 26, 2022 (Filing No. 84).[1]

Defendant's motion for reconsideration (Filing No. 84) is denied.

IT IS SO ORDERED.

Dated this 1st day of November 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

---

[1] The letter asks for the Court's "council" on her situation.